UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          ) Case No.: 2:14-cr-00103-GMN-VCF-3
     vs.                        )
                                ) **ORDER**
TOMAS MARTINEZ-BRAVO,           )
                                )
            Defendant.          )
                                )

On April 15, 2016, the defendant filed a Motion for Appointment of Counsel (ECF No. 274) and a Motion for a Sentence Reduction Under Amendment 782 of 18 U.S.C. § 3582(c) (ECF No. 275). At the time of sentencing, a minus two level reduction pursuant to the Attorney General Directive was applied in accordance with the defendant's Plea Agreement (ECF No. 153). Further, the Plea Agreement states, "In exchange for this recommendation, the Defendant agrees not to seek, and expressly waives the right to seek, a further reduced sentence, pursuant to Title 18, United States Code, Section 3582(c)(1)(B), in the event that the two-level reduction is adopted and made retroactive by the Sentencing Commission." (Plea Agreement 6:19-22).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel (ECF No. 274) and a Motion for a Sentence Reduction Under Amendment 782 of 18 U.S.C. § 3582(c) (ECF No. 275) are DENIED.

**DATED** this 26 day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court